# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-1339

_____

Matthew T. White

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security Administration

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: October 23, 2014
Filed: October 29, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

_____

PER CURIAM.

Matthew T. White appeals the district court's[1] order affirming the denial of child's insurance benefits. Upon de novo review, we conclude that the administrative

---

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

law judge's (ALJ's) opinion is supported by substantial evidence on the record as a whole, including new evidence the Appeals Council considered. <u>See</u> <u>Davidson v. Astrue</u>, 501 F.3d 987, 989-90 (8th Cir. 2007). Specifically, we find no validity to the challenges White raises to the ALJ's determination of his residual functional capacity (RFC). <u>See</u> <u>Eichelberger v. Barnhart</u>, 390 F.3d 584, 591 (8th Cir. 2004) (claimant has burden of establishing RFC; factors in RFC determination). The judgment of the district court is affirmed.

_____